IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY LEWIS DAVIS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:11-cv-760-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #39) filed on February 10, 2014 is overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #32) entered on November 22, 2013 is adopted;

(3) The 28 U.S.C. § 2255 motion filed by Davis is DENIED.

DONE this the 18th day of February, 2014.

                                                  /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE